

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2020

No. 04-19-00889-CR

Cameron Antoine **ROBY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6809
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on March 19, 2020. On July 31, 2020, we abated this case for an abandonment hearing. On August 27, 2020, we reinstated this case after the trial court had appointed new appellate counsel. On October 5, 2020, we received notice that newly appointed counsel had died; consequently, the trial court appointed another counsel, Patrick Ballantyne, to represent appellant. On October 18, 2020, Mr. Ballantyne requested a sixty-day extension of time to review the record and file a brief. We granted the request and ordered appellant's brief due on December 4, 2020.

To date, appellant's brief has not been filed. Therefore, appellant's attorney, Mr. Ballantyne, is ORDERED to respond to this court in writing by **December 14, 2020**. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If Mr. Ballantyne fails to file an adequate response within seven days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2020.



MICHAEL A. CRUZ, Clerk of Court